ADELBERT E. CLARK, Respondent, *v.* WILLIAM P. ASH, Appellant.

*Real property — debtor and creditor — fraudulent conveyance — action to set aside conveyance of interest in real property as in fraud of creditors.*

*Clark* v. *Ash*, 220 App. Div. 746, affirmed.

(Submitted January 13, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 16, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action brought under section 268 of the Real Property Law to set aside as in fraud of creditors a transfer of an interest in real property made by a deceased insolvent debtor.

*Ernest F. Kruse* for appellant.
*John L. Heider* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.